PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY VARELA,<br><br>Defendant. | CASE NO. 1:24-CR-00033-NODJ-BAM<br><br>STIPULATION REGARDING SETTING CASE FOR ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT; ORDER |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On March 7, 2024, the grand jury returned a second superseding indictment in this case.

2. By this stipulation, the parties now move to set the case for an arraignment on second superseding indictment before Hon. Stanley A. Boone at 2:00 p.m. on March 22, 2024.

IT IS SO STIPULATED.


Dated: March 13, 2024                                PHILLIP A. TALBERT
                                                     United States Attorney


                                                     /s/ JUSTIN J. GILIO
                                                     JUSTIN J. GILIO
                                                     Assistant United States Attorney

| | |
|---|---|
| Dated:  March 13, 2024 | /s/ Steven Crawford<br>Steven Crawford<br>Counsel for Defendant<br>Anthony Varela |

**ORDER**

Per the parties' stipulation, defendant Anthony's Varela's case shall be set for an arraignment on second superseding indictment before the Hon. Stanley A. Boone at 2:00 p.m. on March 22, 2024.

IT IS SO ORDERED.

Dated:   **March 13, 2024**

_____
UNITED STATES MAGISTRATE JUDGE