Steven L. Crawford #166488
P.O. Box 553
Grover Beach, CA 93483
Tel: (805)458-6312
slcrawfordlaw@gmail.com

Attorney for Defendant
  ANTHONY EDWARD VARELA

FILED
AUG 07 2024
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:24CR000033 NODJ-BAM |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER FOR TEMPORARY RELEASE TO ATTEND HIS COUSIN'S FUNERAL |
| vs. | ) | |
| ANTHONY EDWARD VARELA, | ) | |
| Defendant. | ) | |

Upon consideration of defendant ANTHONY VARELA'S motion for transport to viewing/funeral of his Grandmother at Whitehurst Funeral Home, Los Banos, CA, on August 8, 2024 @10:30 am, IT IS HEREBY ORDERED that the motion for temporary release in order to attend the funeral services is GRANTED. Defendant ANTHONY VARELA is hereby released to the custody of Licensed Private Investigator Canuto (Ken) Garza for transportation to the services of Bertha Teague at 8:00 a.m. on August 8, 2024 and to be returned on or before 4:00 p.m. that same day.

Defendant is ordered to abide by all rules and regulations issued by the U.S. Probation during his release.

Dated: 8/7/24

HON. ERICA P. GROSJEAN
U.S. Magistrate Judge

*Varela Notice of Motion and Motion for Transportation*
*For Funderal/Viewing; [Proposed]Order*