1  ERIC GRANT
   United States Attorney
2  JUSTIN J. GILIO
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8                IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                CASE NO. 1:24-CR-00033-DAD-BAM-3

12 |                         Plaintiff,
                                              PRELIMINARY ORDER OF
13 |                 v.                       FORFEITURE

14 | ANTHONY EDWARD VARELA,

15 |                         Defendant.

16

17     Based upon the plea agreement entered into between the United States of America and defendant

18  Anthony Edward Varela, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

19     1.     Pursuant to 21 U.S.C. § 853(a), defendant Anthon Edward Varela's interest in the

20  following property shall be condemned and forfeited to the United States of America, to be disposed of

21  according to law:

22            a.    gray iPhone.

23     2.     The above-listed asset constitutes property that was used, or intended to be used, in any

24  manner or part to commit or to facilitate the commission of a violation of 21 U.S.C. §§ 846 and

25  841(a)(1).

26     3.     Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to

27  seize the above-listed property.  The aforementioned property shall be seized and held by U.S. U.S.

28  Customs and Border Protection – Homeland Security Investigations, in its secure custody and control.

4. a. Pursuant to 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within 60 days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within 30 days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **September 11, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE