1  Law Office of Steven L. Crawford
   Steven L. Crawford #166488
2  P.O. Box 553
   Grover Beach, CA 93483
3  Tel: (805)458-6312
   slcrawfordlaw@gmail.com
4
   Attorney for Defendant
5          ANTHONY VARELA

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   Case No. 1:24-CR-00033-DAD-BAM-3
12                                 )
             Plaintiff,            )
13                                 )   STIPULATION TO CONTINUE SENTENCING
    vs.                            )   HEARING; ORDER
14                                 )
    ANTHONY VARELA,                )
15                                 )   Judge: Hon. Dale A. Drozd. District Court Judge
             Defendant.            )
16  _____ )

17       **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18  counsel, Assistant United States Attorney Justin J. Gilio, counsel for plaintiff, and Steven L.

19  Crawford, appointed counsel for defendant Anthony Varela, that the sentencing hearing for Mr.

20  Varela is currently set for December 15, 2025, be vacated and a new sentencing date of March 9,

21  2026 at 9:30 AM in Courtroom 5 before Chief Judge Troy L. Nunley.

22       Defense Counsel and The Government recognize several complex issues arising in this

23  case and need additional time to flush out the issues and brief them. We would also be stipulating

24  that the due dates for informal objections, formal objections, responses, etc. be extended to

25  correspond with the new sentencing date.

26

27

28

WHEREFORE, the parties respectfully request that the Court vacate the currently set sentencing hearing and set a new sentencing hearing on March 9, 2026.

                                    Respectfully submitted,

                                    PHILLIP A. TALBERT
United States Attorney

Date: November 14, 2025   */s/ Justin J. Gilio*
Justin J. Gilio
Assistant United States Attorney
Attorney for Plaintiff

Date: November 14, 2025   */s/     Steven L. Crawford*
Steven L. Crawford
Attorney for Defendant
ANTHONY VARELA

## **O R D E R**

Pursuant to the parties' stipulation and good cause appearing, the sentencing hearing currently set for December 15, 2025, is vacated and continued to March 9, 2026, at 9:30 AM in Courtroom 5 before Chief Judge Troy L. Nunley. The presentence report related filing dates are also modified as proposed by the parties.

IT IS SO ORDERED.

Dated:  **November 14, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

USA v. VARELA: Stipulation
and Proposed Order

2