ERIC GRANT
United States Attorney
NICHOLAS KARP
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ANTHONY EDWARD VARELA,<br><br>      Defendant. | CASE NO. 1:24-CR-00033-TLN-EPG<br><br>MOTION TO DISMISS COUNT THREE OF THE SECOND SUPERSEDING INDICTMENT AGAINST DEFENDANT ANTHONY EDWARD VARELA; ORDER |

Pursuant to Federal Rules of Criminal Procedure 48, and by leave of Court, the United States of America, by and through Eric Grant, United States Attorney, and Nicholas Karp, Assistant United States Attorney, respectfully request to dismiss Count Three (21 U.S.C. § 841(a)(1); 18 U.S.C. § 2) of the Second Superseding Indictment (ECF 32) solely against defendant Anthony Edward Varela, pursuant to the Plea Agreement filed August 20, 2025 (ECF 84).

Dated: March 9, 2026

               ERIC GRANT
               United States Attorney

             By: /s/ NICHOLAS KARP
               NICHOLAS KARP
               Assistant United States Attorney

1

## ORDER

Pursuant to the Government's request under Federal Rule of Criminal Procedure 48, the Court hereby GRANTS the Government's motion to dismiss Count Three of the Second Superseding Indictment (ECF 32) in the interest of justice solely against defendant Anthony Edward Varela.

Date: March 12, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2